226 So.2d 524

**Velma STEWART**

v.

**Jacquelyn V. TESSITORE, C. J. Tessitore, J., and American Guarantee and Liability Insurance Company.**

No. 49960.

Oct. 1, 1969.

In re: Velma Stewart applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 222 So.2d 584.

Writ refused. On the facts found by the Court of Appeal, we find no error in the judgment complained of.